42623. J. D. JEWELL, INC. v. CAMPBELL, Commissioner.

FELTON, Chief Judge. The contentions of the appellant have been decided adversely to it by the decisions of *Campbell v. J. D. Jewell, Inc.,* 111 Ga. App. 242 (141 SE2d 326) and *Campbell v. J. D. Jewell, Inc.,* 221 Ga. 543, 548 (2) (145 SE2d 569), which are controlling on this appeal. The trial

court did not err in its judgment granting the appellee's motion for a summary judgment.

*Judgment affirmed. Hall and Eberhardt, JJ., concur.*

ARGUED MARCH 6, 1967—DECIDED MARCH 17, 1967.

*Robinson, Thompson, Buice & Harben, B. Carl Buice,* for appellant.

*Arthur K. Bolton, Attorney General, George J. Hearn, III, Assistant Attorney General, Gerald H. Cohen, Deputy Assistant Attorney General,* for appellee.